```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  NOV 19 2008

            CENTRAL DISTRICT OF CALIFORNIA
            BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ling Wang DEFENDANT(S). | CASE NUMBER 08-MJ-02842 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendants__, IT IS ORDERED that a detention hearing is set for __November 25, 2008__, at __10:30__ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __11/19/08__     _____
                         U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                Page 1 of 1